# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **MICHAEL SHANE CROWDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 14-CV-0995-LY |
| ) | |
| **DIVERSIFIED CONSULTANTS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## DIVERSIFIED CONSULTANTS, INC.'s
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant Diversified Consultants, Inc. ("DCI"), which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. DCI is a privately held corporation. No publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

/s/ Whitney L. White
Whitney L. White
State Bar No. 24075269
Sessions, Fishman, Nathan & Israel, L.L.C.
900 Jackson Street, Suite 440
Dallas, TX  75202-4473

Telephone: (214) 741-3017
Facsimile: (214) 741-3055
wwhite@sessions-law.biz

**Attorney for Defendant,
Diversified Consultants, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2014, a copy of the foregoing **Defendant, Diversified Consultants, Inc.'s, Rule 7.1 Corporate Disclosure Statement** was electronically filed with the Clerk of the Court, United States District Court for the Western District of Texas and served via U.S. Mail and CM/ECF upon the following:

Michael Shane Crowder
161 Sawgrass Circle
Kyle, Texas 78640
Telephone: 208-859-5624

                                                /s/ Whitney L. White
                                                Whitney L. White