FILED

IN THE UNITED STATES DISTRICT COURT 2014 DEC 15 PM 4:47

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| MICHAEL SHANE CROWDER )<br>Plaintiff, )<br>)<br>vs )<br>)<br>DIVERSIFIED CONSULTANTS, INC. )<br>Defendant, ) | Case No. 1:14-cv-00995-LY |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW the Plaintiff in the above captioned cause of action who requests this Honorable Court grant a 7 day enlargement of time for Plaintiff to respond to Defendants' Answer and Affirmative Defenses filed with the Court on December 1, 2014. Plaintiff is a Pro Se and does not have a staff to assist him.

WHEREFORE, the Plaintiff asks this Honorable Court to issue an Order granting his motion for enlargement of time of 7 days to respond to the Defendants' Answer and Affirmative Defenses.

Respectfully Submitted,

*/s/ Michael Shane Crowder*
Michael Shane Crowder
161 Sawgrass Circle
Kyle, Texas 78640
208-859-5624

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to the party listed below by first class mail USPS with Certified Mail Receipt # 70110470000076974861:

Whitney L. White
900 Jackson Street, Suite 440
Dallas, Texas 75202-4473

Dated December 15, 2014

*/s/ Michael Shane Crowder*
Michael Shane Crowder