IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 DEC 23 AM 11:56

| | | |
|---|---|---|
| MICHAEL SHANE CROWDER, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-14-CA-995-LY |
| | § | |
| DIVERSIFIED CONSULTANTS, INC., | § | |
| DEFENDANT. | § | |

## ORDER

Before the court in the above-styled and numbered cause is Plaintiff *pro se* Michael Shane Crowder's Plaintiff's Motion For Enlargement of Time to Respond to Defendant's Answer and Affirmative Defenses filed December 15, 2014 (Clerk's Document No. 5). Crowder requests that the court allow him seven days to respond to Defendant's answer and defenses. On December 22, 2014, Crowder filed a "Plaintiff's Answer to Defendant's Affirmative Defenses and Request for Dismissal to Plaintiff's Original Complaint" (Clerk's Document No. 6). Having considered the motion and the case file,

**IT IS ORDERED** that Plaintiff *pro se* Michael Shane Crowder's Plaintiff's Motion For Enlargement of Time to Respond to Defendant's Answer and Affirmative Defenses filed December 15, 2014 (Clerk's Document No. 5) is **GRANTED** and Crowder's December 22 filing (Clerk's Document No. 6) is timely filed.

SIGNED this _23rd_ day of December, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE