UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL SHANE CROWDER,     § | |
| § | |
| Plaintiff,     § | |
| § | |
| v.     § | Case No. 1:14-cv-00995-LY |
| § | |
| DIVERSIFIED CONSULTANTS, INC.,     § | |
| § | |
| § | |
| Defendant.     § | |

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Michael Shane Crowder ("Plaintiff"), and Defendant, Diversified Consultants, Inc. ("DCI") (collectively the "Parties"), by and through their undersigned counsel, hereby submit this Notice of Pending Settlement and state that the Parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Due to the nature of the Parties' settlement, which terms are confidential, the settlement will likely not be fully consummated until November 2015. The Parties therefore respectfully request the Court administratively close this case and allow the parties until November 15, 2015 to file final dismissal paperwork.

        Respectfully submitted,

        /s/ Joseph M. Panvini
        Joseph M. Panvini
        Thompson Consumer Law Group, PLLC
        5235 East Southern Ave, D106-816
        Mesa, AZ 85206
        Telephone: (602) 388-8875

        Facsimile: (866) 318-2674
        Email: jpanvini@consumerlawinfo.com

        **Attorney for Plaintiff**

        /s/ Whitney L. White
        Whitney L. White
        State Bar No. 24075269
        Sessions Fishman Nathan & Israel LLC
        900 Jackson Street, Suite 440
        Dallas, Texas 75202
        Telephone:  214-741-3001
        Facsimile:  214-741-3055
        Email: wwhite@sessions-law.biz

        **Attorney for Defendant**
        **NCO Financial Systems, Inc.**