IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2015 NOV -6  PM 4: 31

CLERK US DISTRICT COURT
WESTERN DISTRICT TEXAS
BY_____

| | | |
|---|---|---|
| MICHAEL SHANE CROWDER,<br>PLAINTIFF, | §<br>§<br>§ | |
| V. | § | CIVIL NO. A-14-CV-0995-LY |
| | § | |
| DIVERSIFIED CONSULTANTS, INC.,<br>DEFENDANT. | §<br>§<br>§ | |

**FINAL JUDGMENT**

Before the court is the above styled and numbered cause.  On this date by separate order the court dismissed this action with prejudice and ordered that each party bear their own costs and attorneys' fees.

As there are no disputes remaining between the parties for resolution, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this _____ day of November, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE